UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br>　　　　Plaintiff,<br>　　v.<br>BARACK OBAMA,<br>　　　　Defendant. | Case No. 23-cv-04559-EMC<br><br>**ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE**<br><br>Docket No. 6 |

　　　　Previously, the Court granted Plaintiff Elias Torres Ramirez's application to proceed in forma pauperis but dismissed his complaint because it was frivolous. Out of an abundance of caution, the Court gave Mr. Ramirez leave to file an amended complaint. The Court directed Mr. Ramirez to file an amended complaint by October 5, 2023, and warned him that, if he failed to do so, his case would be dismissed with prejudice.

　　　　The record reflects that Mr. Ramirez received a copy of the Court's order. *See* Docket No. 5 (mailing from Mr. Ramirez, received by the Court on 9/18/2023). Subsequently, Mr. Ramirez made a filing which included a cover letter; statements on subjects such as communism, stealing, and fraud; and a document citing various federal statutes. The Court liberally construes this filing as Mr. Ramirez's amended complaint. Pursuant to 18 U.S.C. § 1915(e)(2), the Court finds that the amended complaint is frivolous and fails to state a claim for relief. Accordingly, the Court

///

///

///

///

1 hereby dismisses the amended complaint.  Because the Court gave Mr. Ramirez an opportunity to
2 file an amended complaint and he has still failed to plead a viable claim, the dismissal is with
3 prejudice.
4      The Court orders the Clerk of the Court to enter a final judgment in accordance with this
5 order and close the file in the case.

7 **IT IS SO ORDERED**.

9 Dated: October 11, 2023

_____
EDWARD M. CHEN
United States District Judge

2